**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mercedes Molano OLIVER, a.k.a. Mercedes M. Oliver, a.k.a. Mercedes Sanchez–Molano, a.k.a. Beatriz Eugenia Zavala–Gomez, Defendant–Appellant.**

No. 14–10529.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 18, 2015.\*

Filed Nov. 24, 2015.

Ryan Ellersick, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, Plaintiff–Appellee.

Matthew J. McGuire, Patagonia, AZ, for Defendant–Appellant.

Mercedes Molano Oliver, Florence, AZ, pro se.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

## MEMORANDUM **

Mercedes Molano Oliver appeals from the district court's judgment and challenges the 40–month sentence imposed following her guilty-plea conviction for attempted reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Oliver argues that the district court procedurally erred by failing to address her request for a downward variance. We review for plain error, *see United States v. Valencia–Barragan,* 608 F.3d 1103, 1108 (9th Cir.2010), and find none. The record reflects that the district court granted a downward variance after considering Oliver's arguments and adequately explained the sentence. *See United States v. Carty,* 520 F.3d 984, 992–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).